**No. 10-988. Herman Aster, Petitioner v. Peter A. Ward, et al.**

563 U.S. 936, 131 S. Ct. 2099, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3068.

April 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-994. Don Bailey, Petitioner v. Jesse Smith, et al.**

563 U.S. 936, 131 S. Ct. 2099, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3149.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-1005. Bennon L. Prine, Jr., Petitioner v. Chailland Inc., et al.**

563 U.S. 936, 131 S. Ct. 2100, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3157.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 402 Fed. Appx. 469.

**No. 10-1008. Amrit Lal, Petitioner v. Trevor Gouert.**

563 U.S. 936, 131 S. Ct. 2143, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3107.

April 18, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 986 A.2d 1290.

**No. 10-1011. Winnemucca Colony Council, Petitioner v. Sharon Wasson, et al.**

563 U.S. 936, 131 S. Ct. 2099, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3011.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 400 Fed. Appx. 159.

**No. 10-1013. Denny C. Cormier, Petitioner v. Frank D. Horkan, Judge, Superior Court of Georgia, Southern Judicial Circuit, et al.**

563 U.S. 937, 131 S. Ct. 2099, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3025.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 397 Fed. Appx. 550.

**No. 10-1021. Patrick Benlolo, et al., Petitioners v. French National Board of Physicians, et al.**

563 U.S. 937, 131 S. Ct. 2104, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3121.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-1023. David C. Tabb, Petitioner v. Mary R. Bordier.**

563 U.S. 937, 131 S. Ct. 2104, 179 L. Ed. 2d 892, 2011 U.S. LEXIS 3142,

April 18, 2011. Petition for writ of certiorari to the Circuit Court of West Virginia, Jefferson County, denied.